# UNITED STATES BANKRUPTCY COURT
## THE SOUTHERN DISTRICT OF ALABAMA

IN RE:
**CHRISTINE A. MCGALLAGHER**　　　　　　　**CASE NO: 19-14368**
　　　　　　　　　　　　　　　　　　　　　　　**CHAPTER 13**

　　　**Debtor(s)**

---

PURSUANT TO LOCAL STANDING ORDER, THE COURT WILL CONSIDER THIS OBJECTION WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN 30 DAYS FROM THE DATE OF SERVICES OF THIS PAPER.  IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTIONS STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITH THE CLERK OF THE COURT AT 201 ST. LOUIS STREET. MOBILE, ALABAMA 36602 WWW.ALSB.USCOURTS.GOV AND SERVE A COPY ON THE MOVANT'S ATTORNEY, WILLIAM J. CASEY, II, 3208 COTTAGE HILL ROAD, MOBILE, ALABAMA 36606.

IF YOU FILE AND SERVE AN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED.  IF YOU DO NOT FILE A PROPER OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

---

## OBJECTION TO CLAIM #3 FILED BY US BANK TRUST NATIONAL ASSOCIATION.

　　　Comes Now the Debtor(s), by and through undersigned counsel, and files this Objection to ECF Claim #3 filed by **US BANK TRUST NATIONAL ASSOCIATION.**, and as grounds therefore states as follows:

1. On December 16, 2019 the Debtor(s) filed her Chapter 13 Bankruptcy.
2. Creditor filed ECF Claim #3 on February 5, 2020 in the amount of $46,324.32 for house arrears.
3. The Debtor states this amount is incorrect and she will bring a detailed proof of payments to provide to creditor.
4. Debtor believes she is only $26,299.09 behind.

　　　WHEREFORE, the Debtor(s) request this Honorable Court to reduce arrearage amount to $26,299.09.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　/s/ William J. Casey, II
　　　　　　　　　　　　　　William J. Casey, II
　　　　　　　　　　　　　　3208 Cottage Hill Road
　　　　　　　　　　　　　　Mobile, AL 36606
　　　　　　　　　　　　　　251-478-5713

## *CERTIFICATE OF SERVICE*
　　　Comes now the debtor(s), by and through their attorney of record, William J. Casey, II, and files this Certificate of Service showing that the Objection to Proof of Claim was served on April 1, 2020 by U.S. mail to the following creditors.

Christine A. McGallagher
9757 Deerfield Dr
Irvington, AL 36544

Sn Servicing Corp
Attn: Amanda Beckett
323 Fifth Street
Eureka, CA 95501

/S/William J. Casey II